■ HANA DASKAL et al., Appellants, v P.G. CATERERS, INC., et al., Respondents. (And a Third-Party Action.) [606 NYS2d 1005] — Appeal by the plaintiffs from an order of the Supreme Court, Westchester County, (Burrows, J.), dated October 15, 1991.

Ordered that the order is affirmed, with costs to the respondent P.G. Caterers, Inc., for reasons stated by Justice Burrows in the Supreme Court. Bracken, J. P., Sullivan, Lawrence and Joy, JJ., concur.